The information available on Case.net is provided as a service and is not considered an official court record.

Case.net:26SL-CC05023 - SHONDRA HARRIS V. AVIS RENT A CAR SYSTEM, LLC (E-CASE) - Docket Entries

**Sort by date:** Descending Ascending **Display options:** All Entries

**08/10/2026**

**Corporation Served**

Document ID - 26-SMCC-9355; Served To - AVIS RENT A CAR SYSTEM, LLC; Served Date - 08/03/2026; Served Time - 08:51:43; Service Type - SD; Reason Description - SERV; Service Text -

**07/15/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-9355, for AVIS RENT A CAR SYSTEM, LLC Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Judge Assigned**

DIV 16

**Filing Info Sheet eFiling**

**Filed By:** ETHAN WOLFE

**Pet Filed in Circuit Ct**

Petition.

**Filed By:** ETHAN WOLFE

**On Behalf Of:** SHONDRA HARRIS

**Exhibit A**

**null / PERINJ**
**Transmittal Number: 34686019**
**Date Processed: 08/03/2026**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Jeanne Motosko<br>Avis Budget Group, Inc.<br>300 Centre Pointe Dr<br>Virginia Beach, VA 23462-4415 |
| **Electronic copy provided to:** | Doug Smith<br>Paul Gallagher<br>Jim Brown<br>Shari Asarch<br>Barbara Smith<br>Courtney Copeland<br>Legal Mailbox<br>Patricia Minor<br>Phil Mahlik<br>Litigation Department<br>Noha Mohammed<br>Robyn Leibfred |

| | |
|---|---|
| **Entity:** | Avis Rent A Car System, LLC<br>Entity ID Number 2131533 |
| **Entity Served:** | Avis Rent A Car System, LLC |
| **Title of Action:** | Shondra Harris vs. Avis Rent A Car System, LLC |
| **Matter Name/ID:** | Shondra Harris vs. Avis Rent A Car System, LLC (18232784) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | St. Louis County Circuit Court, MO |
| **Case/Reference No:** | 26SL-CC05023 |
| **Jurisdiction Served:** | Missouri |
| **Date Served on CSC:** | 08/03/2026 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Sotirou Wilmowski LLC<br>314-925-1000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JEFFERY THOMAS MCPHERSON | **Case Number: 26SL-CC05023** | |
| Plaintiff/Petitioner:<br>SHONDRA HARRIS<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ETHAN WOLFE<br>TRAVIS NOBLE, PC<br>8000 MARYLAND AVE<br>SUITE 910<br>CLAYTON, MO 63105 | |
| Defendant/Respondent:<br>AVIS RENT A CAR SYSTEM, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

**The State of Missouri to: AVIS RENT A CAR SYSTEM, LLC**
**Alias:**
**CSC-LAWYERS INC SERV CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

15-JUL-2026
Date

/S/ Adam Dockery
Clerk

**Further Information:**
AD

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

__________________________________ (name) ______________________________ (title).

☐ other: ____________________________________________________________.

Served at ____________________________________________________________ (address)

in ______________________________ (County/City of St. Louis), MO, on __________________ (date)

at ______________ (time).

______________________________ ______________________________

Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: __________________ ______________________________

Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

SHONDRA HARRIS,

Plaintiff,

vs.

AVIS RENT A CAR SYSTEM, LLC

TO BE SERVED:
CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, MO 65101

Defendant.

Case No:

Division:

**JURY TRIAL DEMANDED**

**PETITION**

**COMES NOW** Plaintiff Shondra Harris, by and through counsel, and for her cause of action against Defendant Avis Rent A Car System, LLC states as follows:

1. Plaintiff Shondra Harris is a citizen and resident of the State of Missouri.

2. Defendant Avis Rent A Car System, LLC (hereinafter "Avis") is a New Jersey limited liability company with its principal place of business at 6 Sylvan Way, Parsippany, NJ 07054.

3. Defendant Avis may be served through its registered agent, CSC-Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, MO 65101.

4. Venue is proper under Mo. Rev. Stat. § 508.010 because the incident giving rise to this action occurred in St. Louis County, Missouri.

5. On or about October 21, 2024, Plaintiff was lawfully on the premises of Avis located at 10482 Natural Bridge Rd., St. Louis, MO 63134 (hereinafter "the premises").

6. At all times relevant, the premises were under the custody and/or control of Avis.

7. While walking through the parking lot, Plaintiff stepped into a hole caused by a deep crack in the broken concrete, causing her left ankle to fracture.

8. Plaintiff did nothing to cause her injuries.

9. At that time and place, a deep and dangerous crack had formed in an area of the parking lot where persons would normally walk.

10. The crack rendered the parking lot not reasonably safe as contemplated by Missouri Approved Instruction 22.03.

11. Defendant was aware that persons, including Plaintiff, would walk through the parking lot and be exposed to its hazardous conditions.

12. Avis had a duty to exercise ordinary care to maintain the premises in a reasonably safe condition free from dangerous conditions.

13. Avis had a duty to exercise ordinary care to inspect the premises to ensure it was in a reasonably safe condition.

14. Avis had a duty to exercise ordinary care not to create dangerous conditions on the premises.

15. Avis had a duty to warn Plaintiff and others similarly situated of the existence of dangerous conditions on the premises.

16. Avis, through its employees, agents, and/or representatives, was negligent in that it:

a. Failed to repair the deep cracks in the concrete;

b. Failed to block off the dangerous area;

c. Failed to warn Plaintiff and others that the premises was dangerous;

d. Failed to inspect the premises to identify dangerous conditions;

e. Failed to design a safety program that would have prevented this and similar incidents;

f. Failed to implement a safety program that would have prevented this and similar incidents;

g. Failed to enforce through training and testing a safety program that would have prevented this and similar incidents; and

h. Failed to track the effectiveness of its safety program by declining to record both injury and non-injury incidents to determine whether changes were required to better protect persons on the premises.

17. Avis thereby breached its duty to exercise ordinary care.

18. As a direct and proximate result of Avis's negligence, Plaintiff sustained a fractured ankle, causing pain and suffering.

19. As a direct and proximate result of Avis's negligence, Plaintiff has undergone medical treatment, including x-rays, use of a walking boot, and pain medication.

20. As a direct and proximate result of Avis's negligence, Plaintiff has suffered a significant decrease in quality of life, substantial weakness, mobility limitations, and risk of future injury.

21. As a direct and proximate result of Avis's negligence, Plaintiff has incurred medical expenses and is reasonably likely to incur additional medical expenses in the future.

WHEREFORE, Plaintiff Shondra Harris prays for a judgment against Defendant Avis Rent A Car System, LLC for compensatory damages in an amount in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), for her costs herein expended, and for such other relief

as the Court deems just and proper under the circumstances.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully submitted,

**SOTIRIOU WILMOWSKI LLC**

/s/ Ethan Wolfe
Tom Wilmowski, MO #60721
Deme Sotiriou, MO #56611
Ethan Wolfe, MO #73266
12444 Powerscourt Drive, Suite 150
St. Louis, Missouri 63131
Telephone: (314) 925-1000
Facsimile: (314) 987-5096
E-mail: tom@swlawstl.com
E-mail: deme@swlawstl.com
E-mail: ethan@swlawstl.com

*Attorneys for Plaintiff Shondra Harris*